# EXHIBIT D

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J.LBR 9004-1 |
| Denise Carlon, Esquire |
| KML Law Group, P.C. |
| 701 Market Street, Suite 5000 |
| Philadelphia, PA 19106 |
| Main Phone:609-250-0700 |
| dcarlon@kmllawgroup.com |
| MidFirst Bank |

CASE NO. 18-34110 MBK
CHAPTER 13
Judge: Michael B. Kaplan

In re:

Michael S Fisher

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 03/23/2016

I, __Crystal Baker__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:

Recorded on 04/19/2016 in Mercer County, in Book 11193, Page 1545
Property Address: 79 Broad Avenue, Ewing NJ 08618.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Michael S Fisher

POST-PETITION PAYMENTS (Petition filed on December 07, 2018)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| $1,833.16 | 01/01/2019 | 01/2019 | $1,836.25 | 02/04/2019 | $3.09 |
| $1,833.16 | 02/01/2019 | 02/2019 | $1,836.25 | 03/13/2019 | $6.18 |
| $1,833.16 | 03/01/2019 | 03/2019 | $1,836.25 | 04/09/2019 | $9.27 |
| $1,833.16 | 04/01/2019 | 04/2019 | $1,836.25 | 05/10/2019 | $12.36 |
| $1,833.16 | 05/01/2019 | 05/2019 | $1,836.25 | 06/12/2019 | $15.45 |
| $1,833.16 | 06/01/2019 | 06/2019 | $1,836.25 | 07/31/2019 | $18.54 |
| $1,833.16 | 07/01/2019 | 07/2019 | $1,836.25 | 08/12/2019 | $21.63 |
| $1,833.16 | 08/01/2019 | 08/2019 | $1,836.25 | 09/10/2019 | $24.72 |
| $1,833.16 | 09/01/2019 | 09/2019 | $1,836.25 | 10/23/2019 | $27.81 |
| $1,833.16 | 10/01/2019 | 10/2019 | $1,836.25 | 11/08/2019 | $30.90 |
|  |  | To Suspense | $836.25 | 12/11/2019 | $867.15 |
| $1,833.16 | 11/01/2019 | 11/2019 | $1,000.00 | 12/16/2019 | $33.99 |
| $1,833.16 | 12/01/2019 | 12/2019 | $1,836.25 | 01/10/2020 | $37.08 |
| $1,848.06 | 01/01/2020 | 01/2020 | $1,848.06 | 01/28/2020 | $37.08 |
| $1,848.06 | 02/01/2020 | 02/2020 | $1,848.06 | 03/06/2020 | $37.08 |
| $1,848.06 | 03/01/2020 | 03/2020 | $1,848.06 | 03/25/2020 | $37.08 |
|  |  | To Suspense | $1,848.06 | 04/28/2020 | $1,885.14 |
| $1,848.06 | 04/01/2020 | 04/2020 | $1,848.06 | 06/30/2020 | $1,885.14 |
| $1,848.06 | 05/01/2020 | 05/2020 | From Suspense | 07/08/2020 | $37.08 |

| | | | | | |
|---|---|---|---|---|---|
| $1,848.06 | 06/01/2020 | 06/2020 | $1,848.06 | 08/14/2020 | $37.08 |
| $1,848.06 | 07/01/2020 | 07/2020 | $1,848.06 | 08/14/2020 | $37.08 |
| $1,848.06 | 08/01/2020 | 08/2020 | $1,848.06 | 10/01/2020 | $37.08 |
| $1,848.06 | 09/01/2020 | 09/2020 | $1,848.06 | 10/20/2020 | $37.08 |
| $1,848.06 | 10/01/2020 | 10/2020 | $1,848.06 | 12/08/2020 | $37.08 |
| $1,848.06 | 11/01/2020 | 11/2020 | $1,848.06 | 01/26/2021 | $37.08 |
| ($14,784.48) | | 04/2020-11/2020 Reversal | | 01/27/2021 | $14,821.56 |
| | | To Suspense | 1,848.06 | 01/30/2021 | $16,669.62 |
| $1,848.06 | 04/01/2020 | 04/2020 | From Suspense | 02/01/2021 | $14,821.56 |
| $1,848.06 | 05/01/2020 | 05/2020 | From Suspense | 02/01/2021 | $12,973.50 |
| $1,848.06 | 06/01/2020 | 06/2020 | From Suspense | 02/01/2021 | $11,125.44 |
| $1,848.06 | 07/01/2020 | 07/2020 | From Suspense | 02/01/2021 | $9,277.38 |
| $1,848.06 | 08/01/2020 | 08/2020 | From Suspense | 02/01/2021 | $7,429.32 |
| $1,848.06 | 09/01/2020 | 09/2020 | From Suspense | 02/01/2021 | $5,581.26 |
| $1,848.06 | 10/01/2020 | 10/2020 | From Suspense | 02/04/2021 | $3,733.20 |
| | | To Suspense | $1,848.06 | 02/10/2021 | $5,581.26 |
| $1,848.06 | 11/01/2020 | 11/2020 | From Suspense | 02/12/2021 | $3,733.20 |
| $1,848.06 | 12/01/2020 | 12/2020 | From Suspense | 02/12/2021 | $1,885.14 |
| $1,848.06 | 01/01/2021 | 01/2021 | From Suspense | 02/15/2021 | $37.08 |
| $1,848.06 | 02/01/2021 | 02/2021 | $1,848.06 | 03/11/2021 | $37.08 |
| $1,848.06 | 03/01/2021 | 03/2021 | $1,848.06 | 03/30/2021 | $37.08 |
| | | To Suspense | $1,848.06 | 05/07/2021 | $1,885.14 |
| $1,848.06 | 04/01/2021 | 04/2021 | From Suspense | 06/21/2021 | $37.08 |
| | | To Suspense | $814.82 | 07/01/2021 | $851.90 |
| | | To Suspense | $1,000.00 | 07/01/2021 | $1,851.90 |
| $1,848.06 | 05/01/2021 | 05/2021 | From Suspense | 07/01/2021 | $3.84 |
| | | To Suspense | $814.82 | 07/20/2021 | $818.66 |
| | | To Suspense | $1,000.00 | 07/20/2021 | $1,818.66 |
| $1,814.82 | 06/01/2021 | 06/2021 | From Suspense | 07/20/2021 | $3.84 |
| $1,814.82 | 07/01/2021 | 07/2021 | $1,814.82 | 08/05/2021 | $3.84 |
| $1,814.82 | 08/01/2021 | 08/2021 | $1,814.82 | 09/02/2021 | $3.84 |
| $1,814.82 | 09/01/2021 | 09/2021 | $1,814.82 | 10/07/2021 | $3.84 |
| | | To Suspense | $814.82 | 11/04/2021 | $818.66 |
| | | To Suspense | $1,000.00 | 11/04/2021 | $1,818.66 |
| $1,814.82 | 10/01/2021 | 10/2021 | From Suspense | 11/04/2021 | $3.84 |

| | | | | | |
|---|---|---|---|---|---|
| $1,814.82 | 11/01/2021 | 11/2021 | $1,814.82 | 12/08/2021 | $3.84 |
| | | To Suspense | $814.82 | 01/07/2022 | $818.66 |
| | | To Suspense | $1,000.00 | 01/07/2022 | $1,818.66 |
| $1,814.82 | 12/01/2021 | 12/2021 | From Suspense | 01/07/2022 | $3.84 |
| | | To Suspense | $1,000.00 | 02/14/2022 | $1,003.84 |
| | | To Suspense | $820.00 | 02/14/2022 | $1,823.84 |
| $1,814.82 | 01/01/2022 | 01/2022 | From Suspense | 02/14/2022 | $9.02 |
| $1,814.82 | 02/01/2022 | 02/2022 | $1,814.82 | 03/04/2022 | $9.02 |
| $1,814.82 | 03/01/2022 | 03/2022 | $1,814.82 | 04/05/2022 | $9.02 |
| | | To Suspense | $814.82 | 05/09/2022 | $823.84 |
| | | To Suspense | $1,000.00 | 05/09/2022 | $1,823.84 |
| $1,814.82 | 04/01/2022 | 04/2022 | From Suspense | 05/09/2022 | $9.02 |
| | | To Suspense | $1,000.00 | 06/08/2022 | $1,009.02 |
| | | To Suspense | $814.82 | 06/08/2022 | $1,823.84 |
| $1,814.82 | 05/01/2022 | 05/2022 | From Suspense | 06/08/2022 | $9.02 |
| $1,814.82 | 06/01/2022 | 06/2022 | $1,813.23 | 07/07/2022 | $7.43 |
| | | To Suspense | $814.82 | 08/04/2022 | $822.25 |
| | | To Suspense | $1,000.00 | 08/04/2022 | $1,822.25 |
| $1,813.23 | 07/01/2022 | 07/2022 | From Suspense | 08/04/2022 | $9.02 |
| $1,813.23 | 08/01/2022 | 08/2022 | $1,813.23 | 11/02/2022 | $9.02 |
| $1,813.23 | 09/01/2022 | 09/2022 | $1,814.82 | 12/07/2022 | $10.61 |
| | | To Suspense | $1,813.23 | 01/05/2023 | $1,823.84 |
| $1,813.23 | 10/01/2022 | 10/2022 | From Suspense | 01/26/2023 | $10.61 |
| | | To Suspense | $1,813.23 | 02/03/2023 | $1,823.84 |
| $1,813.23 | 11/01/2022 | 11/2022 | From Suspense | 02/08/2023 | $10.61 |
| | | To Suspense | $1,814.23 | 03/14/2023 | $1,824.84 |
| | | To Suspense | $1,813.23 | 03/23/2023 | $3,638.07 |
| $1,813.23 | 12/01/2022 | 12/2022 | From Suspense | 03/29/2023 | $1,824.84 |
| $1,813.23 | 01/01/2023 | 01/2023 | From Suspense | 04/05/2023 | $11.61 |
| $1,813.23 | 02/01/2023 | | $0.00 | | $11.61 |
| $1,813.23 | 03/01/2023 | | $0.00 | | $11.61 |
| $1,813.23 | 04/01/2023 | | $0.00 | | $11.61 |
| **Total: $95,139.90** | | **Total Received: $89,711.82** | | **Arrears: $5,428.08** | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $1,813.23
Arrears: $5,428.08

Each current monthly payment is comprised of:
Effective as of July 01, 2022, the current monthly payment is comprised of:
    Principal and Interest:  $ 966.96
    R.E. Taxes:  $_____
    Insurance:  $_____

| | | |
|---|---|---|
| Other: | $ 846.27 | (Specify: Escrow) |
| TOTAL | $ 1,813.23 | |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notices of Mortgage Payment Change were filed: 11/21/2019, 05/04/2021, 05/27/2022

PRE-PETITION ARREARS: 11,052.46

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 5-2-2023

_Crystal Baker_
Signature    Crystal Baker
            Vice President