UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By:  Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Movant:  MidFirst Bank

In Re:

  Michael S Fisher
                    Debtor/Respondent

               Co-Debtor/Respondent

Case No.:        18-34110 MBK

Chapter:        13

Adv. No.:        _____

  Hearing Date: 5/24/2023 at 9:00 AM

  Judge:        Michael B. Kaplan

## CERTIFICATION OF SERVICE

1.  I, Thomas Diruscio:

☐ Represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Denise Carlon, Esquire, who represents the Movant in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.  On May 04, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- Notice of Motion for Relief of Automatic Stay
- Certification of Support in Motion of Relief from Automatic Stay
- Proposed Order
- Certification of Service

3.  I certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated: May 04, 2023                    /S/Thomas Diruscio
                                           Signature

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Michael S Fisher<br>79 Broad Avenue<br>Trenton, NJ 08618 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | Co-Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kaplan, Scott<br>Law Offices of Scott E. Kaplan, LLC<br>5 South Main Street, PO Box 157<br>Allentown, NJ 08501 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Russo, Albert<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev. 8/1/16*