Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

---

Case No.: 18−34110−MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael S Fisher
  79 Broad Ave
  Trenton, NJ 08618

Social Security No.:
  xxx−xx−7017

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/14/23 at 09:00 AM

to consider and act upon the following:

32 − Motion for Relief from Stay re: 79 Broad Avenue, Ewing NJ 08618. Fee Amount $ 188. Filed by Denise E. Carlon on behalf of MIDFIRST BANK. Hearing scheduled for 5/24/2023 at 09:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Proposed Order # 3 Exhibit Exhibit A Note # 4 Exhibit Exhibit B Mortgage # 5 Exhibit Exhibit C AOM # 6 Exhibit Exhibit D PPPH Affidavit # 7 Certificate of Service) (Carlon, Denise)

Dated: 5/5/23

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court