Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−34110−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael S Fisher
   79 Broad Ave
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−7017

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/14/23 at 09:00 AM

to consider and act upon the following:

*32* − Motion for Relief from Stay re: 79 Broad Avenue, Ewing NJ 08618. Fee Amount $ 188. Filed by Denise E. Carlon on behalf of MIDFIRST BANK. Hearing scheduled for 5/24/2023 at 09:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Proposed Order # 3 Exhibit Exhibit A Note # 4 Exhibit Exhibit B Mortgage # 5 Exhibit Exhibit C AOM # 6 Exhibit Exhibit D PPPH Affidavit # 7 Certificate of Service) (Carlon, Denise)

Dated: 5/5/23

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 18-34110-MBK

Michael S Fisher                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                               User: admin                                          Page 1 of 2

Date Rcvd: May 05, 2023                           Form ID: ntchrgbk                            Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael S Fisher, 79 Broad Ave, Trenton, NJ 08618-1616 |
| aty | + | D. Anthony Sottile, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2023                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2023 at the address(es) listed below:

**Name**                          **Email Address**

Albert Russo
                                 docs@russotrustee.com

Denise E. Carlon
                                 on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth K. Holdren
                                 on behalf of Creditor Ewing Township eholdren@hillwallack.com
                                 jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Scott E. Kaplan
                                 on behalf of Debtor Michael S Fisher scott@sekaplanlaw.com
                                 felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

Shauna M Deluca
                                 on behalf of Creditor Home Point Financial Corporation sdeluca@hasbanilight.com hllawpc@gmail.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: May 05, 2023 | Form ID: ntchrgbk | Total Noticed: 2

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6