UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Michael Fisher,

Debtor.

Case No.:        18-34110-MBK

Chapter:                 13

Hearing Date:      6/14/2023

Judge:                Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled             ☐ Withdrawn

Matter: Motion for Relief from Stay re: 79 Broad Avenue, Ewing, NJ (Docket #32)

_____

Date: 6/12/2023                                    /s/ Denise Carlon
                                                   Signature

*rev.8/1/15*