| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 18-34110 / MBK**

Michael S Fisher

Petition Filed Date: 12/07/2018
341 Hearing Date: 01/10/2019
Confirmation Date: 07/09/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $496.00 | 89148370 | 02/01/2023 | $496.00 | 89708400 | 03/01/2023 | $496.00 | 90266930 |
| 04/03/2023 | $496.00 | 90854390 | 05/01/2023 | $496.00 | 91422440 | 05/31/2023 | $496.00 | 91943440 |
| 07/03/2023 | $496.00 | 92533140 | 08/01/2023 | $496.00 | 93031570 | 09/01/2023 | $496.00 | 93564700 |
| 10/03/2023 | $496.00 | 94095360 | 10/31/2023 | $496.00 | 94575690 | 12/01/2023 | $496.00 | 95094430 |
| 01/02/2024 | $496.00 | 95581530 | | | | | | |

**Total Receipts for the Period:  $6,448.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $28,563.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael S Fisher | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | SCOTT E KAPLAN ESQ | Attorney Fees | $2,945.00 | $2,945.00 | $0.00 |
| 1 | DISCOVER BANK<br>»»  JUDGMENT DC-006745-18/AVOID LIEN | Unsecured Creditors | $2,009.76 | $20.71 | $1,989.05 |
| 2 | MERRICK BANK | Unsecured Creditors | $773.49 | $0.00 | $773.49 |
| 3 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $536.46 | $0.00 | $536.46 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,123.34 | $42.49 | $4,080.85 |
| 5 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $1,072.24 | $0.00 | $1,072.24 |
| 6 | ALLY CAPITAL<br>»»  2010 MERCEDES C CLASS/CRAM | Debt Secured by Vehicle | $11,084.00 | $11,084.00 | $0.00 |
| 7 | Midfirst Bank<br>»»  P/79 BROAD AVE/1ST MTG/HOME POINT | Mortgage Arrears | $11,052.46 | $11,052.46 | $0.00 |
| 8 | EWING TOWNSHIP<br>»»  P/79 BROAD AVE/SEWER | Secured Creditors<br>No Disbursements: Paid in Full | $223.03 | $223.03 | $0.00 |
| 9 | ACAR LEASING LTD<br>»»  2018 GMC TERRAIN/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | Wells Fargo Card Services | Unsecured Creditors | $778.28 | $0.00 | $778.28 |
| 11 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CITIBANK/THD | Unsecured Creditors | $777.52 | $0.00 | $777.52 |
| 12 | MIDLAND CREDIT  AS AGENT FOR<br>»»  COMENITY/VS | Unsecured Creditors | $871.34 | $0.00 | $871.34 |
| 13 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $437.06 | $0.00 | $437.06 |

**Chapter 13 Case No. 18-34110 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | TD Bank, N.A.<br>»»  JUDGMENT DC-007542-17/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10006 | ALLY CAPITAL<br>»»  2010 MERCEDES C CLASS/CRAM BAL | Unsecured Creditors | $5,989.39 | $61.72 | $5,927.67 |
| 15 | Midfirst Bank<br>»»  79 BROAD AVE/ATTY FEES 7/19/23 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,563.00 | Plan Balance: | $639.00 ** |
| Paid to Claims: | $25,967.41 | Current Monthly Payment: | $496.00 |
| Paid to Trustee: | $2,086.71 | Arrearages: | $537.00 |
| Funds on Hand: | $508.88 | Total Plan Base: | $29,202.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.