Certificate Number: 17572-NJ-DE-038196480

Bankruptcy Case Number: 18-34110



17572-NJ-DE-038196480

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 18, 2024</u>, at <u>10:54</u> o'clock <u>AM PST</u>, <u>Michael S Fisher</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  February 18, 2024        By:   /s/Benjamin E Wunsch

                                Name: Benjamin E Wunsch

                                Title: Counselor